Nicholas M. Wajda (Cal. Bar No. 259178)
**WAJDA LAW GROUP, APC**
6167 Bristol Parkway
Suite 200
Culver City, California 90230
+1 310-997-0471
nick@wajdalawgroup.com

*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM E BELSKY, <br><br> Plaintiff, <br><br> v. <br><br> MEDICAL DATA SYSTEMS, INC. <br><br> Defendant. | Case No. 5:21-cv-00825-JGB-SP <br><br> **NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that ADAM E BELSKY ("Plaintiff") and MEDICAL DATA SYSTEMS, INC. ("Defendant"), hereby notify the Court that the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

DATED: October 26, 2021                Respectfully submitted,

**ADAM E BELSKY**

By: */s/ Nicholas M. Wajda*
Nicholas M. Wajda
**WAJDA LAW GROUP, APC**
6167 Bristol Parkway
Suite 200
Culver City, California 90230
+1 310-997-0471
nick@wajdalawgroup.com

1