**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ADAM E. BELSKY,

        Plaintiff,

    v.

MEDICAL DATA SYSTEMS, INC., d/b/a MEDICAL REVENUE SERVICE, INC.,

        Defendant.

Case No.  5:21-cv-00825-JGB-SP

**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, ADAM E. BELSKY and Defendant, MEDICAL DATA SYSTEMS, INC., d/b/a MEDICAL REVENUE SERVICE, INC., having filed with this Stipulation for Dismissal with Prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

1. The Stipulation is approved. The action against MEDICAL DATA SYSTEMS, INC., d/b/a MEDICAL REVENUE SERVICE, INC. is hereby dismissed with prejudice. Each party shall bear its own costs and attorney fees.

DATED: January 4, 2022

UNITED STATES DISTRICT JUDGE

1